■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE BARRETT, Appellant. [627 NYS2d 981] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated October 22, 1990 (People v Barrett, 166 AD2d 657), affirming two judgments of the Supreme Court, Queens County, both rendered July 31, 1987, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Bracken, Sullivan and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBA BARRIOS, Appellant. [627 NYS2d 981] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered May 11, 1993.

Ordered that the judgment is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by her as part of her plea bargain. Accordingly, the judgment of conviction is affirmed (see, People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1) Mangano, P. J., Sullivan, Balletta, Santucci and Krausman, JJ., concur.